IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THOMAS WILLIAM CREMEEN,                           2:14-cv-00721-MA

        Plaintiff,                                      ORDER

v.

COLLETTE PETERS, et al.,

        Defendants.

MARSH, Judge

On June 2, 2014, I dismissed plaintiff's complaint, with leave to amend, for failure to state a claim. In response, plaintiff has filed a motion to dismiss.

IT IS ORDERED that plaintiff's motion to dismiss (#25) is GRANTED. This proceeding is DISMISSED, with prejudice.

IT IS SO ORDERED.

DATED this 28 day of October, 2014.

                                                                     *Malcolm F. Marsh*
                                                                       Malcolm F. Marsh
                                                                       United States District Judge

1 - ORDER